AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

GEORGE PETERS

    Plaintiff,

v.

W.C. BRADLEY CO.,

    Defendant.

**APPEARANCE**

Case Number: 11-CV-3351 (JSR)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for      Plaintiff

I certify that I am admitted to practice in this court.

June 8, 2011
Date

*/s/ A. M. Antonucci*
Signature
A. Marcello Antonucci
Print Name     Bar Number

1251 Avenue of the Americas
Address

New York     NY     10020
City     State     Zip Code

(212) 278-1000     (212) 278-1733
Phone Number     Fax Number

NYDOCS1-898024.2