UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GEORGE PETERS,              : 11 CV 3351 (JSR)
                            :
            Plaintiff,      :
                            :
v.                          :
                            :
W.C. BRADLEY CO.,           :
                            :
            Defendant.      :
                            :



**ORDER GRANTING APPLICATION
FOR PRO HAC VICE ADMISSION**

Upon the application of Mark S. Kundla, counsel for W.C. Bradley Co., dated June 16, 2011, for admission pro hac vice of James C. Clark, Jr. in the matter captioned above, and for good cause shown, it is hereby

**ORDERED** that James C. Clark, Jr. is admitted to this Court pro hac vice for the matter captioned above.

**IT IS FURTHER ORDERED** that said counsel shall be authorized to file papers electronically in the above-captioned proceedings upon the submission of the appropriate application for electronic case filing (ECF) registration to the Clerk of the Court.

Dated: New York, New York
       June 30 2011

_____
Jed S. Rakoff, United States District Judge

1

Exhibit B