

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------
GEORGE PETERS,                          : No. 11 CV 3351 (JSR)
                                        :
                    Plaintiff,          :
                                        :
v.                                      : "SO ORDERED" STIPULATION TO
                                        : CHANGE NAME AND AMEND CAPTION
W.C. BRADLEY CO.,                       :
                                        :
                    Defendant.          :
                                        :
                                        :
---------------------------------

S I R S:

  **IT IS HEREBY STIPULATED AND AGREED**, by and between A. Marcello Antonucci, Esquire, Attorney for Plaintiff, and David B. Datny, Esquire, Attorney for Defendant, as follows:

  1. Plaintiff commenced this action against the above captioned Defendant arising out of an incident which occurred in March 2008.

  2. Plaintiff filed his Amended Complaint on May 23, 2011, claiming, in substance, that George Peters suffered personal injuries due to alleged defects in a product known as "Medallion Lamp Oil," which Plaintiff alleges was manufactured and sold by W.C. Bradley Co.

  3. As set forth in Defendant's Answer to Plaintiff's Amended Complaint, W.C. Bradley Co. is the parent corporation of

Lamplight Farms, Inc. and was improperly named in this litigation.

4. All references to Defendant, W.C. Bradley Co., in Plaintiff's Amended Complaint are hereby changed to Lamplight Farms, Inc.

5. The caption is hereby amended as follows: **George Peters v. Lamplight Farms, Inc.** Said amendment and/or substitution relates back to the filing of the original Complaint as well as the Amended Complaint.

6. W.C. Bradley Co. is hereby deleted from Plaintiff's Complaint and Amended Complaint and dismissed, with prejudice.

7. W.C. Bradley Co. was not involved in the design, marketing, advertising, distribution or sales of the product know as "Medallion Lamp Oil," other than by being the parent company of Lamplight Farms, Inc.

8. During the course of litigating this case, Lamplight Farms, Inc. will not seek to defend the claim against it on the grounds that W.C. Bradley designed, marketed, advertised, distributed or sold the product know as "Medallion Lamp Oil."

9. This Stipulation may be executed in one or more counterparts, each of which, when executed, shall be deemed to be an original and all of which shall be deemed to be one and the same instrument.

10. A facsimile or e-mail copy of this Stipulation shall have the full force and effect of an original for all purposes.

**ANDERSON KILL & OLICK, P.C.**

By: /s/ A. Marcello Antonucci
A. Marcello Antonucci, Esq.
1251 Avenue of the Americas
New York, New York 10020
(212) 278-1000

Attorneys for Plaintiff,
George Peters

**HARDIN, KUNDLA, MCKEON & POLETTO, P.C.**

By: /s/ David B. Datny
David B. Datny, Esq.
110 William St., 25th Floor
New York, New York 10038
(212) 571-0111

Of Counsel:

James C. Clark, Jr.
**PAGE, SCRANTOM, SPROUSE, TUCKER & FORD, P.C.**
1111 Bay Ave., Synovus Center
P.O. Box 1199
Columbus, Georgia 31902
(706) 243-5619

Attorneys for Defendant,
W.C. Bradley Co.

SO ORDERED THIS 15th DAY OF July, 2011

_____
Hon. Jed S. Rakoff,
United States District Judge