**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GEORGE PETERS, | : No. 11 CV 3351 (JSR) |
| | : |
| Plaintiff, | : |
| | : |
| | : **NOTICE OF APPEARANCE OF COUNSEL** |
| v. | : **FOR LAMPLIGHT FARMS, INC.** |
| | : |
| LAMPLIGHT FARMS, INC., | : |
| | : |
| Defendant. | : |
| | : |
| | : |
| | : |

**S I R S:**

    **PLEASE TAKE NOTICE**, that the below-listed attorney hereby

enters his appearance as Counsel of Record for Lamplight Farms,

Inc.


Dated:    New York, New York
           September 15, 2011


           Respectfully submitted,


           HARDIN, KUNDLA, MCKEON &
           POLETTO, P.A.

           David B. Datny, Esq. (DD 9102)
           110 William Street, 25th Floor
           New York, NY  10038
           Tel: (212) 571-0111
           Fax: (212) 571-1117

           ddatny@hkmpp.com

           Attorneys for Defendant

# CERTIFICATE OF SERVICE

I hereby certify that I am counsel for Defendant Lamplight Farms, Inc. and that I served the foregoing document, **NOTICE OF APPEARANCE**, via electronic mail on counsel for Plaintiff as follows:

Marcello Antonucci (via email Mantonucci@andersonkill.com)

Anderson Kill & Olick, P.C.

1252 Avenue of the Americas

New York, New York 10020

*Counsel for Plaintiff*


This 15th day of September, 2011.

Counsel for Defendant

Lamplight Farms, Inc.

2