UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE PETERS<br><br>                    Plaintiff,<br><br>          - against -<br><br>LAMPLIGHT FARMS, INC.<br><br>                    Defendant. | Docket No. 11 CV 3351 (JSR)<br><br>ANSWER TO THIRD-PARTY COMPLAINT<br><br>(JUDGE RAKOFF) |
| LAMPLIGHT FARMS, INC.<br><br>          Third-Party Plaintiff,<br><br>          - against -<br><br>KATHLEEN DEYO,<br><br>          Third-Party Defendant | |

## THIRD-PARTY DEFENDANT KATHLEEN DEYO'S ANSWER TO THIRD-PARTY PLAINTIFF LAMPLIGHT FARMS, INC.'S COMPLAINT

Third-Party Defendant Kathleen Deyo ("Ms. Deyo"), without waiving any defenses and expressly reserving all such defenses, hereby files this Answer to Third-Party Plaintiff Lamplight Farms, Inc. ("Lamplight") Complaint.

1.      Upon information and belief, Ms. Deyo admits the allegations contained in paragraph 1 of Lamplight's Complaint.

2.      Ms. Deyo admits the allegations contained in paragraph 2 of Lamplight's Complaint.

3.      Ms. Deyo admits the allegations contained in paragraph 3 of Lamplight's Complaint.

4.      Ms. Deyo admits the allegations contained in paragraph 4 of Lamplight's Complaint.

nydocs1-976353.1

5.      Ms. Deyo admits the allegations contained in paragraph 5 of Lamplight's Complaint.

## FEDERAL JURISDICTION

6.      Ms. Deyo admits the allegations contained in paragraph 6 of Lamplight's Complaint.

7.      Ms. Deyo denies the allegations contained in paragraph 7 of Lamplight's Complaint.

## BACKGROUND & PROCEDURAL HISTORY

8.      Ms. Deyo repeats and realleges each and every allegation contained in paragraphs numbered 1-7.

9.      Ms. Deyo admits the allegations contained in paragraph 9 of Lamplight's Complaint.

10.     Ms. Deyo admits the allegations contained in paragraph 10 of Lamplight's Complaint.

11.     Ms. Deyo admits the allegations contained in paragraph 11 of Lamplight's Complaint.

12.     Ms. Deyo admits the allegations contained in paragraph 12 of Lamplight's Complaint.

13.     Ms. Deyo admits the allegations contained in paragraph 13 of Lamplight's Complaint.

14.     Ms. Deyo admits the allegations contained in paragraph 14 of Lamplight's Complaint.

## AS AND FOR A FIRST CAUSE OF ACTION

15.     Ms. Deyo repeats and realleges each and every allegation contained in paragraphs numbered 1-14.

16.     Ms. Deyo admits the allegations contained in paragraph 16 of Lamplight's Complaint.

17.     Ms. Deyo denies the allegations contained in paragraph 17 of Lamplight's Complaint.

18.     Ms. Deyo denies the allegations contained in paragraph 18 of Lamplight's Complaint.

19.     Ms. Deyo denies the allegations contained in paragraph 19 of Lamplight's Complaint.

## AS AND FOR A SECOND CAUSE OF ACTION

20.     Ms. Deyo repeats and realleges each and every allegation contained in paragraphs numbered 1-19.

21.     Ms. Deyo denies the allegations contained in paragraph 21 of Lamplight's Complaint.

22.     Ms. Deyo denies the allegations contained in paragraph 22 of Lamplight's Complaint.

23.     Ms. Deyo denies the allegations contained in paragraph 23 of Lamplight's Complaint.

nydocs1-976353.1

WHEREFORE, having fully answered, Ms. Deyo herby demands judgment dismissing Lamplight's Complaint and taxing the expenses and costs of this matter against Lamplight and such other and further relief as this Court may deem just and proper premises considered.

Dated:   October 17, 2011

ANDERSON KILL & OLICK, P.C.

By: _____
R. Mark Keenan
Jeffrey E. Glen
Marcello Antonucci
1251 Avenue of the Americas
New York, NY  10020
Telephone:  212-278-1000

*Attorneys for Kathleen Deyo*

-4-

## CERTIFICATE OF SERVICE

I, A. Marcello Antonucci, Esq., hereby certify that, on October 17, 2011, I

served a copy of the within document by delivering the same to the following attorneys

by ECF:

Mark S. Kundla, Esq.
Paul Daly, Esq.
David Datny, Esq.
HARDIN, KUNDLA, MCKEON and POLETTO, P.C.
110 William Street, 25th Floor
New York, NY 10038
Telephone: 212-571-0111

James C. Clark, Jr., Esq. (*Pro Hac Vice*)
1111 Bay Ave., Synovus Center, Third Fl.
Post Office Box 1199
Columbus, GA 31902-1199
Telephone: 706-324-0251

A. Marcello Antonucci