UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GEORGE PETERS,

                Plaintiff,                Index No.: 11-CV-3351 (JSR)

      v.                                 **NOTICE OF SUBSTITUTION**
                                                     **OF COUNSEL**

LAMPLIGHT FARMS, INC.,

                Defendant.
------------------------------------------------------------------X
LAMPLIGHT FARMS, INC.,

                Third-Party Plaintiff,

      v.

KATHLEEN DEYO,

                Third-Party Defendant.
------------------------------------------------------------------X

      Notice is hereby given that, subject to approval by the court, Defendant LAMPLIGHT FARMS, INC. substitutes George S. Hodges of the law firm of HODGES, WALSH & SLATER, LLP, as counsel of record in place of David B. Datny of the law firm of HARDIN, KUNDLA, MCKEON & POLETTO, P.C.

                                         Respectfully submitted,

By: /s/ George S. Hodges
                       George S. Hodges, Esq. (4573)
             HODGES, WALSH & SLATER, L.L.P.
                         55 Church Street, Suite 211
           White Plains, NY  10601
              Tel:   (914) 385-6000
              Fax:  (914) 385-6060

Dated: November 10 , 2011                Dated: November 10, 2011

1

LAMPLIGHT FARMS, INC.

By _____

Joel R. Borgardt, President & COO

So Ordered,

_____
Jed S. Rakoff, United States District Judge