```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
GEORGE PETERS,                       :
                                     :
              Plaintiff,             :    11 Civ. 3351(JSR)
                                     :
         -v-                         :         ORDER
                                     :
LAMPLIGHT FARMS, INC.,               :
                                     :
              Defendants.            :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

By consent, and as stated by both counsel in open court, see transcript, the complaint in this case is hereby dismissed with prejudice. The Court retains jurisdiction, however, to decide whether certain documents produced in discovery should not be classified as confidential under the Court's protective order. Clerk to enter judgment.

    SO ORDERED.

                                                     JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       November 18, 2011

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/21/11