```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/22/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

GEORGE PETERS,

                Plaintiff,                11 **CIVIL** 3351 (JSR)

    -against-                  **JUDGMENT**

LAMPLIGHT FARMS, INC.,
                Defendant.
-----------------------------------------------------------X

Whereas the above-captioned action having come before this Court, and the matter having come before the Honorable Jed S. Rakoff, United States District Judge, and the Court, on November 18, 2011, having rendered its Order dismissing the complaint in this case with prejudice, and directing the Clerk to enter judgment it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 18, 2011, the complaint in this case is hereby dismissed with prejudice; the Court retains jurisdiction, however, to decide whether certain documents produced in discovery should not be classified as confidential under the Court's protective order.

**Dated:** New York, New York
        November 22, 2011

                                                **RUBY J. KRAJICK**

                                                **Clerk of Court**
                         **BY:**
                                                **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____